# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| THERESA BROWN, individually and as a representative of a class of participants and beneficiaries on behalf of the Andrus Wagstaff PC 401(k) Profit Sharing Plan and all other similarly situated individual account retirement plans, | : : : : : : : | Case No. 2:17-cv-00558 <br><br> Judge Algenon L. Marbley <br><br> Magistrate Judge Chelsey M. Vascura |
| Plaintiffs, | : : | |
| v. | : : | |
| NATIONWIDE LIFE INSURANCE COMPANY, et al., | : : : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE, SUBSTITUTION OF TRIAL ATTORNEY, AND WITHDRAWAL OF COUNSEL FOR NATIONWIDE DEFENDANTS

Pursuant to Local Rule 83.4(c)(3), Michael H. Carpenter, Jeffrey A. Lipps and Michael N. Beekhuizen of the law firm Carpenter Lipps & Leland LLP hereby enter their appearance as counsel of record on behalf of defendants Nationwide Life Insurance Company, Nationwide Bank, and Nationwide Trust Company, FSB (collectively, "Nationwide"). Attorney Michael H. Carpenter is hereby substituted for Steven D. Forry as Trial Attorney for Nationwide.

Furthermore, Steven D. Forry of the law firm Ice Miller LLP, hereby withdraws as counsel of record for Nationwide.

The undersigned hereby consent and agree to the foregoing substitution of the Trial Attorney and withdrawal of counsel for Nationwide.

                                                2

Respectfully submitted,

Dated:    February 20, 2019               CARPENTER LIPPS & LELAND LLP

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733)
  Trial Attorney
Jeffrey A. Lipps (0005541)
Michael N. Beekhuizen (0065722)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio  43215
Telephone:  614-365-4100
Facsimile:  614-365-9145
E-mail:  Carpenter@CarpenterLipps.com
        Lipps@CarpenterLipps.com
        Beekhuizen@CarpenterLipps.com

*Attorneys for Defendants Nationwide Life Insurance Company, Nationwide Bank, and Nationwide Trust Company, FSB*

**Co-Counsel**
Brian D. Boyle (D.C. #419773), admitted pro hac vice
Shannon M. Barrett (D.C. #476866), admitted pro hac vice
Meaghan VerGow (D.C. #977165), admitted pro hac vice
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: 202-383-5300
Facsimile: 202-383-5414
E-mail: bboyle@omm.com
       sbarrett@omm.com
       mvergow@omm.com

**APPROVED:**

/s/ Joseph Schleppi
by /s/ Michael H. Carpenter
per email authorization (2/20/19)
Joseph Schleppi
Senior Counsel
Office of the Chief Legal Officer
Nationwide Mutual Insurance Co.

<u>/s/ Steven D. Forry</u>
<u>by /s/ Michael H. Carpenter</u>
<u>per email authorization (2/19/19)</u>
Steven D. Forry (0075520)
Ice Miller LLP
250 West Street
Columbus, Ohio 43215
Telephone: 614-462-2254
Facsimile: 614-222-3435
E-mail: Steven.Forry@icemiller.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on February 20, 2019. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
*Trial Attorney for Defendants Nationwide Life Insurance Company, Nationwide Bank, and Nationwide Trust Company, FSB*