UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


THERESA BROWN, *et al.*,

      Plaintiffs,

  v.                                      Case No. 2:17-cv-558
                                            Judge Algenon L. Marbley
NATIONWIDE LIFE INSURANCE          Magistrate Judge Chelsey M. Vascura
COMPANY, *et al.*,

      Defendants.


## ORDER

This matter came before the Court for a telephonic conference regarding Defendant Nationwide Life Insurance Company's ("Nationwide") Motion to Seal Plaintiff's Opposition to Andrus Wagstaff, PC's Motion to Strike the Class Allegations from the Second Amended Complaint. ("Motion," ECF No. 94.) In support of its Motion, Defendant Nationwide provided the Court a redacted version of Plaintiff's Opposition for *in camera* review. Upon review of Defendant Nationwide's submission, the Court found the proposed redactions to be overly broad and set this matter for an informal conference with the parties. During the conference, the parties and the Court came to an agreement regarding appropriate redactions to Plaintiffs' Opposition (ECF No. 91) and her supporting Declaration (ECF No. 93). Accordingly, the Court **GRANTS IN PART AND DENIES IN PART** Defendant Nationwide's Motion (ECF No. 94) and **ORDERS** the parties to file a public version of Plaintiffs' Opposition and Declaration with only the agreed-upon information redacted **WITHIN SEVEN DAYS**.

**IT IS SO ORDERED.**

                                                                       /s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE