# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| THERESA BROWN, individually and as a representative of a class of participants and beneficiaries on behalf of the Andrus Wagstaff PC 401(k) Profit Sharing Plan and all other similarly situated individual account retirement plans, | : : : : : : | Case No. 2:17-cv-00558<br><br>Judge Algenon L. Marbley<br><br>Magistrate Judge Chelsey M. Vascura |
| Plaintiffs, | : : | |
| v. | : : | |
| NATIONWIDE LIFE INSURANCE COMPANY, et al., | : : : | |
| Defendants. | : | |

## DEFENDANT NATIONWIDE'S NOTICE OF DISCLOSURE OF EXPERT WITNESSES FOR PHASE ONE CLASS CERTIFICATION DISCOVERY

Pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, and pursuant to the Court's January 15, 2019 and March 14, 2019 Orders, Defendants Nationwide Life Insurance Company, Nationwide Bank, and Nationwide Trust Company, FSB (collectively, "Nationwide") hereby provide notice that Nationwide has made the following disclosure of expert witnesses regarding Phase 1 class certification discovery to plaintiff's counsel:

    1.    Bruce A. Strombom
           Analysis Group, Inc.
           Managing Principal
           333 South Hope Street 27th Floor
           Los Angeles, CA  90017
           (213) 896-4520

It is expected that Dr. Strombom will testify to the facts and opinions set forth in his report, which is being produced to plaintiff's counsel along with this notice of disclosure.

Respectfully submitted,

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733)
   Trial Attorney
Jeffrey A. Lipps (0005541)
Michael N. Beekhuizen (0065722)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio  43215
Telephone:  614-365-4100
Facsimile:  614-365-9145
E-mail:  Carpenter@CarpenterLipps.com
         Lipps@CarpenterLipps.com
         Beekhuizen@CarpenterLipps.com

*Attorneys for Defendants Nationwide Life Insurance Company, Nationwide Bank, and Nationwide Trust Company, FSB*

**Co-Counsel**

Brian D. Boyle (D.C. #419773), admitted pro hac vice
Shannon M. Barrett (D.C. #476866), admitted pro hac vice
Meaghan VerGow (D.C. #977165), admitted pro hac vice
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: 202-383-5300
Facsimile: 202-383-5414
E-mail: bboyle@omm.com
       sbarrett@omm.com
       mvergow@omm.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically on April 5, 2019. Notice was sent by operation of the Court's electronic filing system to all other counsel who have entered an appearance and any parties who have entered an appearance through counsel. The parties may access this filing through the Court's ECF system.

/s/ Michael H. Carpenter
*Trial Attorney for Defendants Nationwide Life Insurance Company, Nationwide Bank, and Nationwide Trust Company, FSB*