UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THERESA BROWN,

    Plaintiff,

v.

NATIONWIDE LIFE INSURANCE
COMPANY, *et al.*,

    Defendants.

Case No. 2:17-cv-558
Judge Algenon L. Marbley
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Plaintiff's Agreed Motion for Leave to File Under Seal (ECF No. 113). For good cause shown, the Motion is **GRANTED**. Plaintiff shall file its Motion for Class Certification and all exhibits under seal. Defendants shall, within fourteen days after the Motion for Class Certification is filed, identify with specificity which portions of the Motion and its exhibits should remain under seal, along with supporting law and argument as required by *Shane Group, Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016). Defendants shall also at that time submit a redacted version of the Motion and its exhibits to be filed on the public docket.

      **IT IS SO ORDERED.**

    /s/ *Chelsey M. Vascura*
    CHELSEY M. VASCURA
    UNITED STATES MAGISTRATE JUDGE